899 A.2d 169

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

John J. DICKERSON, Respondent.

Misc. Docket AG, No. 10, Sept. Term, 2006.

Court of Appeals of Maryland.

May 23, 2006.

## ORDER

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed herein, pursuant to Maryland Rule 16–772, it is this 23rd day of May, 2006;

ORDERED, by the Court of Appeals of Maryland, that John J. Dickerson, be, and is hereby, suspended indefinitely from the further practice of law in the State of Maryland, effective immediately; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of John J. Dickerson from the register of attorneys, and pursuant to Maryland Rule 16–772(d) shall certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.